1  AMIR NASSIHI, State Bar. No. 235936
   anassihi@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street, Suite 2300
3  San Francisco, California 94105
   Tel: (415) 544-1900 | Fax: (415) 391-0281
4
   HARLEY V. RATLIFF (admitted *pro hac vice*)
5  hratliff@shb.com
   JON STRONGMAN (*Pro Hac Vice Forthcoming*)
6  jstrongman@shb.com
   TORREY M. PETERSON (admitted *pro hac vice*)
7  tpeterson@shb.com
   SHOOK, HARDY & BACON L.L.P.
8  2555 Grand Boulevard
   Kansas City, Missouri 64108
9  Tel: (816) 474-6550 | Fax: (816) 421-5547

10 Attorneys for Defendants
   SANOFI-AVENTIS U.S. LLC
11 and SANOFI U.S. SERVICES INC.

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                         SACRAMENTO DIVISION

15

16 | TERESA VEGA,                        | Case No. 2:21-cv-00730-TLN-DB
17 |         Plaintiff,                  |
18 |    v.                               | **ORDER GRANTING DEFENDANTS'
   |                                     | UNOPPOSED MOTION TO STAY
   | SANOFI US SERVICES, INC., et al.,   | PROCEEDINGS**
19 |         Defendants.                 |
20

21

22

23

24

25

26

27

28

**ORDER**

Upon consideration of the papers and arguments submitted, as well as all other papers on file in this action, and good cause appearing, the Court hereby orders that Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC's ("Sanofi") Unopposed Motion to Stay Proceedings is GRANTED.

IT IS SO ORDERED.

Dated: December 8, 2021

Troy L. Nunley
United States District Judge